UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATE OF AMERICA, ) <br> ) <br> V. ) <br> ) <br> FABRIZIO PLUCHINO, ) <br> ) <br> Defendant ) <br> ) | Crim. No.: 18-CR-30052-MGM |

## **DEFENDANT, FABRIZIO PLUCHINO'S MOTION TO SEAL**

NOW COMES the defendant, Fabrizio Pluchino, in the above-captioned matter and respectfully moves that this Honorable Court to seal affidavits attached to Counsel's Motion to Withdraw.

The affidavits attached to Counsel's Motion to Withdraw contain information regarding personal and financial matters of the Defendant, Fabrizio Pluchino, that undersigned counsel believes is not appropriate or necessary for public viewing.

Respectfully Submitted,
FABRIZIO PLUCHINO,
By His Attorney,

/s/ Daniel D. Kelly

Daniel D. Kelly, Esq.
33 Mulberry Street
Springfield, MA 01105
413-733-0770 phone
413-733-1245 fax
BBO#: 634648

## **CERTIFICATE OF SERVICE**

I, Daniel D. Kelly, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 15, 2019.

/s/ Daniel D. Kelly

Daniel D. Kelly, Esq.
33 Mulberry Street
Springfield, MA 01105
413-733-0770 phone
413-733-1245 fax
BBO#: 634648